AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

NIKI DASH,
individually and on behalf of a class of similarly situated persons,

*Plaintiff(s)*

v.

LINUS TECHNOLOGY, INC.

*Defendant(s)*

Civil Action No. 5:26-cv-646-CEM-PRL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LINUS TECHNOLOGY, INC.
c/o Cogency Global, Inc.
850 New Burton Road, Suite 21
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bryan J. Geiger, Esq.
Seraph Legal, P.A.
3505 E. Frontage Rd., Ste. 145
Tampa, Florida 33607
BGeiger@Seraphlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **Sep 11, 2026**

MistiBean

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA